LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE ELIZABETH PEREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01511-APG-BNW |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, MICHELLE ELIZABETH PEREZ, by and through JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS as follows:

/ / /

/ / /

Page 1 of 3

*Michelle Elizabeth Perez v. Albertson's LLC*
*Case No.: 2:24-cv-01511-APG-BNW*

That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 19th day of August, 2025.　　DATED this ___ day of _____, 2025.

**BRANDON | SMERBER LAW FIRM**　　**ER INJURY ATTORNEYS**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
*Attorneys for Plaintiff,*
*MICHELLE ELIZABETH PEREZ*

*Michelle Elizabeth Perez v. Albertson's LLC*
*Case No.: 2:24-cv-01511-APG-BNW*

**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

IT IS SO ORDERED:

Dated: August 21, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*